No. 92. WABASH RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* GENEVIEVE HALSTEAD MATHEW. In error to the Kansas City Court of Appeals for the State of Missouri. Argued December 5, 1905. Decided December 11, 1905. *Per Curiam.* Judgment affirmed with ten per cent damages, in addition to interest and costs. *Mr. Frederic D. McKenney* and *Mr. W. H. Blodgett* for plaintiff in error. *Mr. Grant I. Rosenzweig* for defendant in error.